UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CASE NO.: 4:22-cv-00096

RICARDO LU,

    Plaintiff,

v.

THE BOEING COMPANY,
a Foreign Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RICARDO LU, ("Plaintiff"), and Defendant, THE BOEING COMPANY, ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement documents and request for dismissal with prejudice and will file same within fourteen (14) days.

*(Remainder of page intentionally left blank)*

Dated this 26th day of July, 2022.

| | |
|---|---|
| By:*/s/ Noah E. Storch*<br>Noah E. Storch, Esq.<br>Florida Bar No : 0085476<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. State Rd 84, Suite 103<br>Davie, Florida 33324<br>Telephone: (866) 344-9243<br>Facsimile: (954) 337-2771<br>Email:<br>noah@floridaovertimelawyer.com<br><br>*Attorneys for Plaintiff*<br><br>*/s/ Ryan Furniss*<br>Ryan M. Furniss (MO #53787)<br>7750 Clayton Road, Suite 102<br>St. Louis, Missouri 63117<br>Telephone: (314) 899-9101<br>Facsimile: (314) 627-5891<br>Email: rfurniss@furnisslaw.com<br><br>*Attorneys for Plaintiff* | /s/ Gregg M. Lemley<br>Gregg M. Lemley, #44464MO<br>Mallory S. Zoia, #70377MO<br>7700 Bonhomme Avenue, Suite 650<br>St. Louis, MO  63105<br>Telephone:  314-802-3935<br>Facsimile:  314-802-3936<br>gregg.lemley@ogletree.com<br>mallory.zoia@ogletree.com<br><br>*Attorney for Defendant* |