**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| RICARDO LU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-00096-RWS |
| | ) |
| THE BOEING COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff and Defendant hereby stipulate to dismiss this action against Defendant <u>with prejudice</u>, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

**RICHARD CELLER LEGAL, P.A.**

/s/Noah E. Storch
Noah E. Storch, #0085476 (FL) *pro hac vice*
10368 W. SR 84, Suite 103
Davie, FL  33324
Telephone: 866-344-9243
Facsimile: 954-337-2771
Noah@floridaovertimelawyer.com

Ryan M. Furniss, #53787MO
THE FURNISS LAW FIRM
7750 Clayton Rd., Ste. 102
St. Louis, MO  63117
Telephone: 314-899-9101
Facsimile: 314-627-5891
Rfurniss@furnisslaw.com

*Attorneys for Plaintiff*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

 /s/ Gregg M. Lemley
Gregg M. Lemley, #44464MO
Mallory S. Zoia, #70377MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri  63105
Telephone: 314-802-3935
Facsimile:  314-802-3936
Gregg.Lemley@ogletree.com
Mallory.Zoia@ogletree.com

*Attorneys for Defendant*

**SO ORDERED:**

Hon. Rodney W. Sippel

DATE ENTERED: <u>August 22, 2022</u>